UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>THE ADAIR GROUP, LLC,<br><br>Defendant. | Civil Action No. 1:22-cv-03902-JPC<br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

**DEFENDANT THE ADAIR GROUP, LLC'S RULE 7.1 DISCLOSURE**

Defendant, the Adair Group, LLC ("Defendant"), by counsel, hereby files its Rule 7.1 Disclosure. Defendant has no parent company or publicly held corporation owning 10% or more of its stock.

Dated: July 17, 2022

Respectfully submitted,

/s/ Bruce B. Paul
Bruce B. Paul
McBRAYER PLLC
500 West Jefferson Street
Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400
Fax: (502) 327-5444
Email: bpaul@mcbrayerfirm.com

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 17, 2022, I electronically filed the foregoing with the ECF System, which served a copy on all ECF participants, including:

Yitzchak Zelman
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
yzelman@marcuszelman.com
*ATTORNEY FOR RAFIA LAWAL, on behalf of herself and all others similarly situated.*

                                                         /s/ Bruce B. Paul
                                                         Bruce B. Paul