```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RAFIA LAWAL, individually and on behalf of others                      :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :    22 Civ. 3902 (JPC)
                                                                       :
              -v-                                                      :    ORDER
                                                                       :
THE ADAIR GROUP LLC                                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 29, 2022, the Court ordered the parties by August 19, 2022 to file a joint status letter and proposed case management plan and scheduling order. Dkt. 15. Given that the parties have not filed the required joint status letter or proposed case management plan and scheduling order, the Court adjourns the Initial Pretrial Conference scheduled for August 26, 2022 until September 8, 2022, at 9:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. By September 1, 2022, the parties shall file a joint status letter and proposed case management plan and scheduling order, as outlined in the Court's July 29, 2022 Order.

SO ORDERED.

Dated: August 22, 2022
       New York, New York

JOHN P. CRONAN
United States District Judge