## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RAFIA LAWAL, on behalf of herself and
all others similarly situated,

                    **Plaintiff,**

    **-v-**

**THE ADAIR GROUP LLC,**

                    **Defendant.**

**Civil Case Number:  1:22-cv-03902-JPC**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          September 15, 2022

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*

David Stein, Esq.
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
Tel: (212) 308-3444
Email: dstein@steinllp.com

*Attorneys for Defendant*
*The Adair Group LLC*

The Court construes this filing as a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action without a court order.  *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: September 15 2022
New York, New York

JOHN P. CRONAN
United States District Judge